UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CRAIG YATES, | No. C 10-02013 LB |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| SHANGRILA EAST LLC, | |
| Defendant(s). | |

On September 27, 2012, Plaintiff filed a notice informing the court that the instant action had settled in its entirety. ECF No. 12. Plaintiff stated that dismissal papers would be filed no later than November 12, 2012. *Id*. Accordingly, the court **ORDERS** Plaintiff to appear on November 15, 2012 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102, and show cause why this case should not be dismissed without prejudice for failure to prosecute. If Plaintiff files the appropriate dismissal papers by November 12, 2012 as promised, the show cause hearing will be vacated.

**IT IS SO ORDERED.**

Dated: September 27, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 10-02013 LB
ORDER TO SHOW CAUSE